KUCIAPINSKI

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*4:41 pm, Aug 05, 2024*
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Mykhael Kuciapinski , Plaintiff

v.

**Jury Trial requested:**
(please check one)
✓ Yes ___ No

Donna Ennis ,

Dana Grant ,

Lynn Matesi ,

Jesse Newhart, (See attached) , Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

# COMPLAINT

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.     **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Mykhael Kuciapinski - PO BOX 0069 USAFA, CO 80840
(Name and complete mailing address)

703-839-5125, mykhael.kuciapinski@mac.com
(Telephone number and e-mail address)

B.     **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Agent Donna F. Ennis: Aerospace Data Facility-Colorado Buckley AFB
(Name and complete mailing address)

Unknown; ennisdon@nro.mil
(Telephone number and e-mail address if known)

Defendant 2: Agent Dana M. Grant: DCIS - 6430 S. Fiddlers Green Cir. Suite 350 Greenwood Village, CO 80111
(Name and complete mailing address)

O: 303.689.7044; M: 303.817.2547; dana.grant@dodig.mil
(Telephone number and e-mail address if known)

Defendant 3: Lynn J. Matesi: 212 N. Wahsatch Ave. Suite 300 Colorado Springs, CO 80903
(Name and complete mailing address)

719.471.3387 ext. 7003; lynn_matesi@cod.uscourts.gov
(Telephone number and e-mail address if known)

Defendant 4: SA Jesse Newhart; Department of Commerce - Washington DC
(Name and complete mailing address)

Unknown; jesse.newhart@us.af.mil
(Telephone number and e-mail address if known)

Civil 440                                                                                                                      Kuciapinski

| B. DEFENDANT(S) INFORMATION CONTINUED | | |
|---|---|---|
| Defendant | Name and complete mailing address | Telephone number and e-mail address (if known) |
| Defendant 1: | Donna Ennis | NRO<br>14675 Lee Rd<br>Chantilly, VA 20151 |
| Defendant 2: | Dana Grant | 6430 S. Fiddler Green Cir STE 350<br>Greenwood Village, CO 80111 |
| Defendant 3: | Lynn Matesi | 212 N. Wahsatch Ave<br>Colorado Springs, CO 80907 |
| Defendant 4: | Jefferey A. Johnson | Department of Commerce /OIG<br>1401 Constitution Ave NW<br>Washington, DC 20230 |
| Defendant 5: | Nicolas A. Budenz | nicholas.budenz@us.af.mil<br>27130 Telegraph Rd<br>Quantico, VA 23134 |
| Defendant 6: | Jesse Newhart | 6430 S. Fiddler Green Cir STE 350<br>Greenwood Village, CO 80111 |
| Defendant 7: | Terrell Harris | 6430 S. Fiddler Green Cir STE 350<br>Greenwood Village, CO 80111 |
| Defendant 8: | Steve Kerley | 27130 Telegraph Rd<br>Quantico, VA 23134 |
| Defendant 9: | Deborah McCabe | 18500 East Sixth Avenue,<br>Aurora, CO, 80011<br>6th Ave Gate |
| Defendant 10: | Keith M. Given | 27130 Telegraph Rd<br>Quantico, VA 23134 |
| Defendant 11: | Unknown Resident Agency DCIS Supervisor Anthony X | Unknown - In Search Warrant paperwork ? |
| Defendant 12: | 3 Unknown Federal Agents from DC Area | Unknown - In Search Warrant paperwork ? |
| Defendant 13: | 12 Unknown Federal Agents | Unknown - In Search Warrant paperwork ? |
| Defendant 14: | Dermot O'Reilly | 4800 Marlk Center Dr<br>Alexandria, VA 22350 |
| Defendant 15: | Kelly Mayo | 4800 Marlk Center Dr<br>Alexandria, VA 22350 |
| Defendant 16: | Jeremy Sibert | 1801 California Street<br>Denver, CO 80202 |
| Defendant 17: | Jason Dunn | 1801 California Street<br>Denver, CO 80202 |

**C.     JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

✓     Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Insufficient Probable Cause; Malicious Prosecution; Fourth Amendment;

____    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

3

D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   Malicious Prosecution...

Supporting facts:   Please see attached for facts and additional claims

**D. STATEMENT OF CLAIM(S)**                                          KUCIAPINSKI  CIVIL ACTION

*CLAIM ONE: MALICIOUS PROSECUTION: NO PROBABLE CAUSE*
**04 OCT 2018:** Without Probable Cause, with Malice and Prejudice, and without any warrants or Miranda, a small, heavily armed battalion of approximately ten (10) agents and six (6) vehicles of unknown armored military and other DoD "Commandos" entered the gated community of a then third-party residence that I was a guest of at that time. The Commandos "banged" hard on the door. Once the homeowner began opening the door, a stream of agents shoved their way through the front door, assaulted and knocked down to the ground, the homeowner, whom was a then 70-years old senior citizen and Veteran, 25-years militarily retired; and whom at that time, was also a 25-years plus Federal District Court of DC Seizure Officer.  The infringing agents brandished their weapons, yelled orders, and pointed their guns at our chest and faces, it was confusing and extremely scary. Agents did not produce search or arrest warrants when asked; agents refused to identify themselves upon request. Agents refused to specify the grounds upon which they were there when asked. Agents refused to produce credentials upon request replying, "We do not have to identify ourselves…". When asked why I was being handcuffed, the agents said, "We can not tell you 'why' you are being taken into custody. You will find out tomorrow."  Two Agents then told me I had to change out of my athletic running clothes in their presence because I could not change alone. They said I was going to jail overnight and that shoe laces and drawstrings are not allowed in jail. I was forced to strip to my bare skin, undergarments included, in front of an agent and to put on "jail acceptable garments."  Afterward, I was handcuffed and brought through the living room, where I saw the homeowner senior citizen surrounded by three (3) agents with two (2) of them emptying his pockets, and forcing him down to the fireplace hearth, falsely imprisoning him. They would interrogate the homeowner for four (4) more hours after I was escorted off in handcuffs by an Air Force Office of Special Investigations (AFOSI) *Agent,* named *Terrell Harris,* and an *IRS woman,* whom, in the chaos, *I do not recall* ever getting her name. She was the only woman there. I would only ever see her that day and the following day for transport from the Colorado Springs jail to a Denver courthouse.

*CLAIM TWO: POSSE COMITATUS VIOLATION [18 U.S.C. §1385]*
**FEB 2014 - 03 AUG 2022:** I am a civilian without a nexus to the DoD. On 04 OCT 2018, a heavily armed military squad forced their way through the door of another non-DoD nexus civilian's home, looking to arrest me in the sheer absence of any Probable Cause. I would later learn that the military and the Department of Defense had unlawfully targeted me back in 2014 after I filed a Whistleblower complaint. My family, friends, colleagues, academics, career, emails, documents, homes, childhood, investigated; my entire life from birth to date, came under extraordinary scrutiny, excessively probing for minuscule details unrelated to the erroneous allegations, openly ridiculing all of the elements of my life. We victims are lifelong law-abiding, tax-paying citizens, and trusted members of our communities, lacking a DoD Nexus. Nine (9) years without restraint, the military and DoD raped my constitutional rights, willfully disobeyed their own rules and protocols of investigation, only to discover that I and my network are law-abiding citizens that they have irreparably harmed. I learned the *Air Force Office of Special Investigations (AFOSI) agents, Dana M. Grant, Jesse Newhart, Trent Tolson, Terrell Harris, John/Jane Does*, and *NRO Investigator, Donna Ennis*, had all been repeatedly told by their own superiors in their respective chains of command, and by other Law Enforcement agencies, such as the FBI, IRS, Etc., as well as by several AUSA's in the Colorado District United States Attorney's Office, that the speculative claims they are attempting to prosecute are non-criminal in nature. Those other law enforcement agencies and several AUSA's advised *AFOSI Agent Grant* and *NRO Investigator Donna Ennis, et al,* that even if their alleged assertions were true and demonstrable, they do not rise to the level of criminal activity, and they do not meet the threshold for federal prosecution. However, undeterred in their ambitions, with apparent confirmation biases and a blatant disregard of exculpating evidence and peer opinions, the AFOSI and NRO agents carried on searching for a like-minded AUSA. Two years later, in 2016, they found *AUSA, Jeremy S. Sibert*. He agreed to prosecute the fictitious scenario despite peer AUSA's describing the allegations as a "Dead issue; No loss, Low value, Un-executed and closed contract dating back to 2014." Agents breached Investigation protocols by failing to "Establish a DoD Nexus to their target(s)…" Failing to identify an actual crime/loss, and failing to establish required Probable Cause for investigating at all. Further, agents knowingly overstepped their legal investigative authorities when they pursued non-DoD Parties. Exorbitant DoD resource expenditures over several long years of cobbling together a Chimera were wasted.  In documented direct defiance of a "cease and desist" order by *Agent Grant's* AFOSI Chain of Command, *Agent Grant* with willful indifference to the laws, life, liberty, and other protected rights of citizens, knowingly circumvented, and undermined her superior officers' directives. *Agent Grant* resigned her ~14-years position with AFOSI, and joined another DoD agency, DCIS, in order to "…Keep the Kuciapinski case…"

**D. STATEMENT OF CLAIM(S)**                                    KUCIAPINSKI   CIVIL ACTION

***CLAIM THREE: FOURTH AMENDMENT - RIGHT TO BE SECURE…***
**04 OCT 2018 - 03 AUG 2022:** Multiple home invasions, searches and seizures with and without warrants. Pictures and physical seizures of documents without warrants.  Warrants and affidavits not presented to me or to the homeowner.  Upon defense's obtaining of a few of the issued warrants, the affidavits were not accompanying, and were not provided to defense for nearly three (3) years after multiple motions. In one hearing with the ***Article III Judge, he ruled the warrants "Bad on the Face;" "Lacking Particularity;" "Lacking Attached Affidavits."*** The Honorable admonished the Prosecution for attempting to use a, "… General Warrant in contrast to our Founding Fathers' intentions."

**23 OCT 2018 Overview:** Involved approximately 11-12 agents, at gunpoint again, and four (4) hours of rummaging through every crevice.  The result was damaged property, every door, drawer, container, box, cabinet, ripped open. Wrapped gifts, early wrapped Christmas presents included.  Agents utilized the garage ladders, refrigerator, sinks, bathrooms, and threatened to "…cut the walls open…" of a more than $1M dollar custom home just to "have the backs of the affiant", which was ***Pre-Trial Officer (PTO), Lynn Matesi*** "…and the back of the ***AUSA, Jeremy Sibert"*** to, " 'find' some kind, 'any kind' of evidence for this search."  *Note: After <u>not finding</u> violations in the home, ***Agent Grant*** placed calls to the ***AUSA and an Unknown party*** for "additional guidance on 'what to do now.' "  This particular encroachment should have ended with Agent reproach. ***DCIS Agent Grant, AFOSI Terrell Harris, DCIS Supervisor Anthony ("Tony")** [last name unknown]*, ***NRO Investigator, Donna Ennis,*** and ***approximately 08 other Unknown Agents of Multiple DoD Agencies*** participated in the unconstitutional search. Several agents took pictures of documents, of me, and of the house using their personal cell phones. The agents were visibly upset to find compliance. Rather than re-examine their conduct, put jurisprudence and justice first, concede that they got a lot wrong, and put an end to the millions of dollars already wasted harassing innocent, law-abiding citizens, the lead agent, ***Dana Grant,*** doubled down. The next time she returned to the home, 16 MAY 2019, she brought 50% more agents and stayed in the home for 240% longer - approximately 13 hours and 40 minutes during which time, I was held hostage with severely restricted movements in a constitutionally protected residence. I was even accompanied by a male agent, ***Terrell Harris***, to use the bathroom.

**16 MAY 2019 Overview:** Approximately 14 Agents, two (2) PTO Officers, ***Lynn Matesi*** and an ***unknown male PTO***, three (*3*) ***Colorado Springs PD Officers***, four (4) more late arriving ***unknown agents "flown in from D.C."*** intruded into the home for another search on another "Bad on the Face" Lacking Particularity" Warrant again without an Affidavit. Additionally, ***four (4) more agents*** cycled through the property like it was a frat party. Agents played video games on their phones and iPads; high-fived one another; leaned back on two legs of my custom wooden dining room chairs; ate at the table; used the refrigerator for their packed lunches and snacks; used the bathrooms, towels, etc., all at will.  The agents remained in the residence for approximately 13-1/2 hours from sun up ~0705, to well after dark, ~2100. They took several personal and computer property items, never returned. They used their personal cell phones and a USG camera to take pictures and videos of the home, documents, drawer content. Afterward, they dumped boxes of documents onto the floor; pulled clothes down to the floor from shelves, hangers, drawers, and left a big mess.

***CLAIM FOUR: FIFTH AMENDMENT - PROCEDURAL DUE PROCESS…***
**FEB 2015 - 03 AUG 2022:** 1400 days spanning 04 OCT 2018 to 03 AUG 2022, where without a scintilla of Probable Cause, the Federal Government unlawfully launched a vindictive investigation and maliciously impinged my liberty by arresting me, then held me captive, where over the course of 1400 days, they continually infringed upon my most fundamental Human and Civil Rights. They harassed me, subjected me to unjustified intrusions upon my home and personal security; subjugated me with sheer indifference to *additional harms during the global pandemic; overreached, and violated other laws.  The flagrant and protracted Miscarriage of Justice I suffered as a result of Prosecutorial Misconduct include, Procedural Due Process deprivations, and overt denial of the Presumption of Innocence afforded to every person before the Judiciary. The Government Actors frustrated the Fairness of Proceedings when they suppressed exculpatory evidence, acted contrary to the law, far exceeded their authorities and acted without human decency. I was unjustifiably punished with sheer indifference to the catastrophic losses induced by the USG's malice in fabricated non-existent, white collar crime(s) allegations.

**D. STATEMENT OF CLAIM(S)**                                              KUCIAPINSKI   CIVIL ACTION

***CLAIM FOUR - CONTINUED:*** *\*AUSA Sibert* continuously searched judicial instruments to impale and deprive me stability and a sound defense. *AUSA Sibert* disrupted my security and threatened my safety after he agreed with the Courts' disproportionate and harsh pre-trial penalties over baseless, unsubstantiated, manufactured white collar allegations. I was put under severe House Arrest Bond Conditions at an address *AUSA Sibert* agreed. At the height of the COVID-19 Global Pandemic-driven Federal Eviction Moratorium, *AUSA Sibert* took extraordinary measures to have me evicted from the security and stability of that address. Throughout this entire despicable ordeal, I was frequently dragged into court and other agency offices, often without counsel, on short, to no notice, at great personal and financial expense and mental duress.  The eviction effort came under a domino effect of Prosecutorial Misconduct. After I was maliciously and callously displaced, having nowhere else to go at the height of the pandemic moratorium, my health and finances were thrown into greater disarray and harm as I was forced to take up at a public hotel. The home sat empty nearly two years demonstrating malicious intent. Bewilderingly**,** the AUSA consistently and overtly demonstrated personal animosity toward me; the vitriol was marked with extreme irrational prejudice. The AUSA hyper-fixated on punishing me regardless of my innocence and irrespective of the sheer lack of evidence.

***CLAIM FIVE: SIXTH AMENDMENT - RIGHT TO SPEEDY TRIAL & VENUE…***
**04 OCT 2018 - 03 AUG 2022:** After I filed a Whistleblower Report with AFOSI in *April 2014,* rather than investigate my complaint, it appears investigators' inclination was to co-opt the subject and run amok on an investigating spree that included me and my entire human network. After investing me for 45-months (*FEB 2015-OCT2018*), for reasons I can only speculate, agents misapprehended internal, external peers and judicial officers, when they abused their good faith doctrine and cobbled together known disparate datasets into a fictitious narrative, suppressed exculpatory evidence that would have ended the debacle years earlier, and conservatively, saved the government millions of dollars.  Instead, investigatory procedures were misdirected and mismanaged at best. The relief I was legally and morally entitled to 1400 days, nearly four (4) years prior to the Malicious Prosecution was denied by the willful and knowingly unlawful conduct of the United States Government Agents. Several of those same Federal Agents instructed another agency to withhold resolution in favor of "setting a trap just to "see" if I would follow a normal procedure that they could then label as a criminal act" (I did not). It is an unethical ruse akin to the shameful Richard Jewell Ruse. The agents and investigators willfully excluded military JAG Officers from judicial reviews and input into my complaint; citing the JAG Core as "untrustworthy" despite my complaint being filed against a military officer. The DoD agents did not act with integrity or within the guardrails of jurisprudence; but rather, they abused processes and power, indulged in elitist conduct and gamesmanship driven by confirmation bias and incompetence. The bad faith conduct a number of agents opted to undertake, delayed and perverted the course of justice, drained my resources, damaged my reputation and my infrastructure. Once ***Lead Agents Grant and Ennis, Agent Harris, Agent Anthony ("Tony")*** *[Last name unknown]*, ***John/Jane Doe Military and DoD Agents, other Unknowns, and AUSA Sibert*** agreed to storm the castle, they executed their plan and started the tumult.

**VENUE ISSUE:** Were any of the manufactured charges actually or factually real/true, the venue would not be held in the state of Colorado but rather in the Commonwealth of Virginia.  While now moot, the venue aspect is another point of reference illustrating prejudice and abusive patterns and practices.


***CLAIM SIX: EIGHTH AMENDMENT - CRUEL AND UNUSUAL PUNISHMENT…***
**04 OCT 2018 - 03 AUG 2022:** Because a Prosecutor possess the awesome power to charge people with a crime, and checks to that power are obscure and rare, Prosecutors have an Elevated Standard of Conduct. They are expected to be subject matter experts in their fields, act with integrity, and uphold the law. Unfortunately, from the outset of this Malicious Prosecution and Prosecutorial Misconduct travesty, AUSA Sibert demonstrated a visceral and illogical animus toward me. He knowingly and willfully violated my constitutional rights when he agreed to support rogue agents in prosecuting a fabricated case. Too, despite being in opposition to an otherwise unanimous agreement amongst his peers over the validity of a crime, and lack of probable cause, AUSA Sibert labored extensively to obscure facts, true elements, and the source of the genesis of the Malicious Prosecution.  Every punitive action AUSA Sibert could get away with, he did. No matter how egregious, cruel, depriving and irreparable the harm to me, AUSA Sibert applied and instituted every mechanism at his disposal to impale my liberty, life, property and future. He closed my bank accounts, froze my real estate assets…

**D. STATEMENT OF CLAIM(S)**                                KUCIAPINSKI    CIVIL ACTION

*CLAIM SIX - CONTINUED:*
…personally sought to have my security clearances and other privileges revoked. AUSA Sibert endeavored to destroy my hard earned favorable reputation amongst my professional colleagues, customers, associates, friends and family, telling my network that I was a criminal despite being innocent and never having a trial. AUSA Sibert caused me irretrievable losses and excruciating pains denying me travel to bury my father, and later, bury my step-mother. I was prevented from attending family weddings, births, graduations, holidays, and other once-in-a-lifetime family milestones. The AUSA successfully contrived to deny me an employment income. The AUSA instructed the courts on how my clothing attire should be modified in order to retain the retributive GPS tracker. The AUSA's unjustifiable and vindictive campaign against me deprived me my liberty, an income to maintain my obligations and sustain myself, and my health. I suffered extreme mental duress, a damaged reputation that left irreversible scars, and substantial financial losses. The Agents and the AUSA went out of their way and exceeded their normal duties to stigmatize and impugn my reputation, honor, and integrity in order to influence the bench and achieve their miscarriage of justice objectives. The Courts in turn, disproportionately punished me, forcing me to bear the onerous burdens a GPS tracker entails, regardless of the known emotional and mental duress, physical limitations and financial strains protracted wearing of such a device causes. There was not an iota of Probable Cause, or evidence of a crime/wrongdoing in this mockery of justice. Neither was there any form of Due Process followed. Nine (9) years of government violations and unrestricted access with monumental efforts to turn up a speck of evidence of wrongdoing ultimately being unrealized. Meanwhile, I was trapped enduring cruel and unusual punishments for 1400 days of pre-trial house arrest, GPS tracker bondage, multiple unconscionable deprivations of my rights, privileges, liberties, and property not detailed here. Incessant and unwarranted invasions, harassment, and theft of personal property ensued.

My phones were wiretapped without court permission; I was repeatedly photographed, videoed, invaded, and staked out across several states. My US Mail was opened, read, and delayed getting to me. My understanding is that the mail abuses had carried on for more than one (1) year. The protracted Prosecutorial Misconduct transpired without an iota of Probable Cause or restraint. My email accounts were violated without proper Due Process and without warrants. My network of equally law-abiding, country-serving professional colleagues, my family, friends, and neighbors were interrogated, harassed, wrongfully detained, falsely arrested, threatened, investigated, injured, and deprived - all, without a scintilla of Probable Cause; all absent any crime, absent perception of a crime, and without a single tangible or intangible loss. A number of other Law Enforcement Agencies, a few local AUSA's, and two judges declined to participate in the Abuse of Process, citing to the fact that there are no Crimes to be pursued. But the law did not deter the Bad Actors. The USG proceeded to shuffle me around for nine (9) days and eight (8) nights amongst four (4) different jailhouses after the first intrusion above. The cruel and unusual depriving conduct would carry on for 1400 more days without a single hint of merit. The unsubstantiated charges started with:

1) Conspiracy to Commit Procurement Fraud [18 U.S.C. §371];
2) 2) Obtaining Source Selection Information, *[41 U.S.C. §2102(b)]
    - *X7 duplicative charges of 2102(b); and,
3) 3) Making a False Statement, [18 U.S.C. §1001(a)2].

The initial fictitious charges and the superseding charges never had a single form of evidence and lacked even an iota of Fact or Probable Cause. The AUSA and Agent Grant would simply opine in detention hearings, and offer unsubstantiated proffers "in lieu of actual evidence." Bewilderingly, the Magistrate would act upon those proffers absent evidence. The Prosecution knowingly and willfully made false statements about "Classified Materials" that were non-existent. However, "National Security" infatuated and intimidated the Court giving the Malicious Prosecution the leverage they sought for over three (3) years. As a result, I endured 1400 days of First, Second, Fourth, Fifth, Sixth, and Eighth, Amendment Privilege deprivations under cruel conditions. In the end, as there never was a crime and the violation of my Speedy Trial Act could no longer be sustained, the Judge dismissed the case, but did not adhere to Strunk v. U.S. (1973), and left it without prejudice.

E.   **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*  I am seeking monetary damages; my name to be cleared and restored in data bases where the United States Government disqualified, disbarred, and excluded my company and me. I am also seeking accountability for the egregious acts of the representatives and agents of the United States Government in the form of termination, reprimands and/or fines.

F.   **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Mykhael Kuciapinski*
(Plaintiff's signature)

02 AUG 2024
(Date)

(Revised February 2022)

5