AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Mykhael Kuciapinski )<br>*Plaintiff* )<br>v. )<br>Ennis et Al )<br>*Defendant* ) | Civil Action No. 1:24-cv-02181 -MDB |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Dana Grant Denver Resident Agency, Defense Criminal Investigative Service
6430 S. Fiddlers Green Circle Suite 350, Greenwood, Village, CO 80111

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Attachment A

| Place: M. Kuciapinski<br>PO Box 69<br>USAFA, 80840 | Date and Time:<br>09 January 2025 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ▮▮▮▮▮▮▮▮
12/23/2024

CLERK OF COURT

s/D.Gumbs
*Signature of Clerk or Deputy Clerk*          OR          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plantiff
, who issues or requests this subpoena, are:
Pro Se, Mykhael Kuciapinsk:i PO BOX 0069 USAFA CO 80840; mykhael.kuciapinski@gmail.com; 703.839.5125

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).